United States District Court
Southern District of Texas
**ENTERED**
February 16, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ELIANA ORTIZ, | § § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | 3:23-cv-45 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | | |
| Defendant. | | |

# ORDER

The parties have advised the court that they have reached a settlement. Accordingly, the court orders that all claims against the defendant in the above-styled case are dismissed with prejudice to refiling, unless either party represents in a writing filed with the court on or before Monday, April 1, 2024, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Monday, April 1, 2024.

Signed on Galveston Island this 16th day of February, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE